No. 88–1219.   BIELICKI ET UX. *v.* PAKISTAN NATIONAL SHIPPING CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–1226.   BRYANT *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Alameda.   Certiorari denied.

No. 88–1230.   MANUEL *v.* VETERANS ADMINISTRATION HOSPITAL ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–1231.   MOELLER *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–1235.   BOINEAU *v.* UNITED STATES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–1251.   VELEZ ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–1262.   BURKE, AKA OWENS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–1287.   MURRAY ET AL. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 88–5415.   REEDY *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 88–5668.   BRUNI *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–5681.   WORKMAN *v.* TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE.   C. A. 6th Cir.   Certiorari denied.

No. 88–5849.   DAVIS *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 88–6030.   BOWDEN, AKA DRAKEFORD *v.* UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 88–6140.   BONACCI ET AL. *v.* KINDT, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.